IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ANDREWS,<br><br>    Plaintiff,<br><br>   v.<br><br>DELTA AIR LINES, INC. and AIR FRANCE, S.A.,<br><br>    Defendants. | Case No. 20-cv-08140-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of the remaining claims in the above-titled action,

IT IS HEREBY ORDERED that plaintiff Stephen Andrews' claims alleged against defendant Air France, S.A. be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: March 29, 2021

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.